

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-14-00521-CV

**MEDINA INTERESTS, LTD**,
Appellant

v.

William Paul **TRIAL**, et al.,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-04-00098-CVK
Honorable Stella Saxon, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED.

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court